## 12249.   NALLS v. THE STATE.

An allegation in an indictment for driving an automobile at excessive speed, that it was so driven along a named street, must be supported by proof that the driving was along that street.

DECIDED MAY 11, 1921.

Indictment for misdemeanor; from Douglas superior court — Judge Irwin. February 10, 1921.

*Astor Merritt,* for plaintiff in error.

*J. R. Hutcheson, solicitor-general,* contra.

LUKE, J.   Where an indictment charges the accused with having driven an automobile along a named street at a rate of speed greater than thirty miles an hour, the evidence must show that it was along that street that the automobile was so driven, before a conviction would be authorized. It will not suffice to show that the automobile was driven on another street and at a different place than that which is alleged in the indictment. The particular public highway or street on which the accused was alleged to have driven his automobile in violation of law was alleged in the indictment. The evidence failed to show this allegation to be true. It was, therefore, error to overrule the motion for a new trial. See *Burkes* v. *State,* 7 *Ga. App.* 39 (65 S. E. 1091).

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*